# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 26 EM 2016

        Respondent   :

        v.   :

JARVIS PAYTON,   :

        Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of April, 2016, the Application for Writ of Extraordinary Relief and the Application for an Immediate Hearing are **DENIED**.